Morris Investment Company, Appellant, v. Kathryn Weaver and Chicago Title and Trust Company, Appellees.

Gen. No. 42,775.

Heard in the second division, first district, this court at the October term, 1943; opinion filed January 18, 1944. Chapman, Silverberg & Anixter, for appellant; Deming, Jarrett & Mulfinger, for appellee Kathryn Weaver. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.

Elizabeth Taylor, Appellee, v. Boston Store, Appellant.

Gen. No. 42,790.

Heard in the second division, first district, this court at the October term, 1943; opinion filed January 18, 1944. Abraham B. Litow, for appellant; A. L. Williams, for appellee. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.